ARTHUR J. RULAND, as Executor, etc., of BENJAMIN A. HORTON, Deceased, Appellant, v. WILLIAM JOHNSON, GEORGE JOHNSON, Defendants, and ROSOFF ROADS, INCORPORATED, Respondent.— Plaintiff's testator was killed through the negligence of an independent contractor. The general contractor is not liable because it furnished a place for the storage of the truck which struck the testator while being driven along a driveway leading to the place of storage. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.